AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Navigators Specialty Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-01866-MEF-SDA |
| Citizens Insurance Company of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Navigators Specialty Insurance Company.

Date:   02/25/2026

_____
*Attorney's signature*

Yale Glazer 032441997
*Printed name and bar number*

Lazare Potter Giacovas & Moyle LLP
747 Third Ave., 16th Floor
New York, New York 10017
*Address*

yglazer@lpgmlaw.com
*E-mail address*

(212) 784-3291
*Telephone number*

(212) 888-0919
*FAX number*