THOMAS J COFFEY III, Esq.
DONNELLY MINTER & KELLY LLC
163 MADISON AVE STE 320
MORRISTOWN, NJ, 07960
973-200-6400
TCOFFEY@DMKLAWGROUP.COM
LCONRADS@DMKLAWGROUP.COM
LDECICCO@DMKLAWGROUP.COM
Attorney Bar ID: 031402003

SUPREME COURT OF NEW JERSEY

App. Div. #  A-002753-23
Supreme Court #

CIVIL ACTION

DONALD J. HOILAND AND MANDY
HOILAND, HIS WIFE,
V.
AJD CONSTRUCTION CO., INC.; GRAND
LHN III, U.R., LLC; ET AL

**NOTICE OF PETITION
FOR CERTIFICATION**

PLEASE TAKE NOTICE that, pursuant to Rule 2:12-3, Defendants Men of Steel Enterprises, LLC and Men of Steel Rebar Fabricators, LLC shall petition the Supreme Court of New Jersey for certification to review the February 6, 2026 judgment of the Appellate Division in this matter.

Dated: 02/25/2026

S/ THOMAS J COFFEY III